NATHAN ZINADER, PLAINTIFF-RESPONDENT, v. NEVIN BUS LINE, DEFENDANT-APPELLANT.

Submitted May term, 1929—Decided June 28, 1929.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff-respondent, *Nathan Zinader* and *Jacob Feinberg.*

For the defendant-appellant, *Record, Higgins & Teese.*

PER CURIAM.

This case was commenced in the District Court of Bayonne. It is ·a companion case to No. 437, May term, 1929; in addition to the grounds 'of appeal stated in that case, it is alleged, as a ground of appeal, the court tried the case with a jury of six women, nothwithstanding, the state of demand alleged damages in the sum of $500. The verdict of the jury was a verdict of $500 in favor of the plaintiff. Manifestly, this verdict is illegal and cannot stand. 2 *Comp. Stat.*, *p.* 1999, § 149. The judgment of·the Bayonne District Court is therefore reversed.